UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| W. PAUL MAYHUE,<br>     Plaintiff,<br><br>-v-<br><br>CHERRY STREET SERVICES, INC.,<br>     Defendant. | )<br>)<br>)     No. 1:12-cv-398<br>)<br>)     HONORABLE PAUL L. MALONEY<br>)<br>)<br>)<br>) |

# JUDGMENT

Having dismissed all claims against the named defendant, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Cherry Street Services, Inc. and against Plaintiff W. Paul Mayhue.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  October 16, 2013                                             /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    Chief United States District Judge