UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| W. PAUL MAYHUE,<br>　　　Plaintiff,<br><br>-v-<br><br>CHERRY STREET SERVICES, INC.,<br>　　　Defendant. | No. 1:12-cv-398<br><br>HONORABLE PAUL L. MALONEY |

# **JUDGMENT**

Having dismissed all claims against the named defendant, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Cherry Street Services, Inc. and against Plaintiff W. Paul Mayhue.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　October 16, 2013　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge